Chris Miller F52907
_____
Name and Prisoner/Booking Number
SAT F   C yard
_____
Place of Confinement
P.O BOX ~~110~~ 5246
_____
Mailing Address
Corcoran, CA 93212-7100
_____
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

**FILED**

Oct 03, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Chris Miller
_____ ,
(Full Name of Plaintiff)          Plaintiff,

v.

(1) I. Salcedo
_____ ,
(Full Name of Defendant)

(2) _____ ,

(3) _____ ,

(4) _____ ,
                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:25-cv-01307  HBK PC
_____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:

    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

    ☐ Other: _____.

2.  Institution/city where violation occurred: CSATF/State prison/ Corcoran _____.

## B. DEFENDANTS

1.  Name of first Defendant: _I, Salcedo_ . The first Defendant is employed as:
    _Corectional officer   LT_ at _____ .
    (Position and Title)                                    (Institution)

2.  Name of second Defendant: _____. The second Defendant is employed as:
    _____at_____ .
    (Position and Title)                                    (Institution)

3.  Name of third Defendant: _____. The third Defendant is employed as:
    _____at_____ .
    (Position and Title)                                    (Institution)

4.  Name of fourth Defendant: _____. The fourth Defendant is employed as:
    _____at_____ .
    (Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?     ☐ Yes     ☒ No

2.  If yes, how many lawsuits have you filed? _____ .  Describe the previous lawsuits:

    a. First prior lawsuit:
       1. Parties: _____ v. _____
       2. Court and case number: _____ .
       3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
          _____ .

    b. Second prior lawsuit:
       1. Parties: _____ v. _____
       2. Court and case number: _____ .
       3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
          _____ .

    c. Third prior lawsuit:
       1. Parties: _____ v. _____
       2. Court and case number: _____ .
       3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
          _____ .

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _Defamation of Character/ Slander_.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: _Discrimination based on race_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The defendant Correctional Lieutenant I. Salcedo, stated that; meaning myself Mr Miller F52907. Are being let out of my cell to complete my job duties, however, when i am being let out, Staff has observed me not completing my job duties and instead i am running around Conducting passing Contraband on the tier from cell to cell.
   Based on the aforementioned i am exploiting the position and utilizing it not to conduct my Job duties but to illicit activities. Therefore, Staff sends you home.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Denied the right to rehibilitate and gain a work ethic, Discriminated against which affected my mental health State of mine and made me feel like a failure and wanting to hurt my self.

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No

   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

**CLAIM II**

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    - ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
    - ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
    - ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
    b.  Did you submit a request for administrative relief on Claim II? ☐ Yes ☐ No
    c.  Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
    _____.

4

**CLAIM III**

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                                                  ☐ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Claim III?                                       ☐ Yes   ☐ No
    c.  Did you appeal your request for relief on Claim III to the highest level?                              ☐ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

~~(scribbled out text)~~

$ 1,000,000.00  with all debts paid.  One Million dollars!

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____          _____
                 DATE                                     SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)
_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.