UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS MILLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>I. SALCEDO,<br><br>　　　　Defendant. | Case No. 1:25-cv-01307-HBK<br><br>ORDER TO SHOW CAUSE<br><br>DECEMBER 12, 2025 DEADLINE |

　　　　Plaintiff Chris Miller, a prisoner, initiated this action by filing a pro se civil rights complaint on October 3, 2025. (Doc. No. 1). On October 6, 2025, the court struck the complaint because it was not signed by Plaintiff under penalty of perjury. (Doc. No. 6). The court returned the unsigned complaint to Plaintiff and afforded him thirty (30) days to correct the deficiency by signing and refiling a signed complaint. (*Id*. at 2, ¶ 2). The court warned Plaintiff that if he failed to timely comply with the October 6, 2025 Order, the court may dismiss this case for his failure to comply with a court order and prosecute this action. E.D. Cal. Local Rule 110.

　　　　As of the date of this Order to Show Cause, Plaintiff has not returned a signed complaint for filing and the time for doing so has expired.

　　　　Accordingly, it is **ORDERED**:

　　　　1. **No later than December 12, 2025**, Plaintiff shall deliver to correctional officials for mailing a signed and dated complaint or show cause why the court shall not dismiss

this action for Plaintiff's failure to comply with the October 6, 200205 Order.

2. If Plaintiff no longer wishes to prosecute this action, he may file a "Notice of Voluntary Dismissal Without Prejudice Under Federal Rule of Civil Procedure 41(a)."[1]

3. Plaintiff's failure to timely respond to this Show Cause Order will result in the undersigned recommending the district court dismiss this case for Plaintiff's failure to comply with a Court order and prosecute this action.

Dated:   November 19, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] The court has not granted Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) so it has not yet assessed the $350.00 filing fee should Plaintiff wish to dismiss this action.

2