UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS MILLER,<br><br>            Plaintiff,<br><br>     v.<br><br>I. SALCEDO,<br><br>            Defendant. | Case No. 1:25-cv-01307-HBK<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. No. 8)<br><br>ORDER DIRECTING CLERK TO RESEND COPY OF UNSIGNED COMPLAINT TO PLAINTIFF FOR SIGNING AND REFILINIG<br><br>**JANUARY 5, 2026 DAY DEADLINE** |

On November 20, 2025, the undersigned ordered Plaintiff to show cause why the court should not dismiss this case pursuant to Local Rule 110 for Plaintiff's failure to comply with the October 6, 200205 order directing Plaintiff to return a signed complaint under penalty of perjury. (Doc. No. 8, "show cause order"). On December 11, 2025, Plaintiff filed a response to the show cause order. (Doc. No. 9). Therein, Plaintiff states he promptly returned a signed complaint upon receipt of the October 6, 2025 order. (*Id.*). Notably, similar to Plaintiff's original complaint, the response is not signed by Plaintiff. (*Id.*).

The docket reveals that, to date, no signed complaint has been received or filed. Nonetheless, given Plaintiff's representations, the court will discharge the show cause order and afford Plaintiff additional time to refile a signed complaint. The court duly warns Plaintiff that Rule 11 requires all pleadings, written motions, and other papers be signed by a party personally

if the party is unrepresented. Fed. R. Civ. P. 11(a); *see also* E.D. Ca. Local Rule 131(b). The Court will not consider and will strike any future filings by Plaintiff if they are unsigned. Fed. R. Civ. P. 11(a); L.R. 131(b). L.R. 131(b). *See, e.g., West v. Hulbert*, 2016 WL 2854416, at *1 (E.D. Cal. May 16, 2016) ("Because the Court cannot consider unsigned filings, the complaint must be STRICKEN").

Accordingly, it is ORDERED:

1. The court discharges the November 20, 2025 order to show cause (Doc. No. 8).
2. **On or before January 5, 2026**, Plaintiff shall deliver to correctional officials for mailing a copy of his complaint dated and signed under penalty of perjury.
3. The Clerk of Court shall resend a copy of the unsigned complaint (Doc. No. 1) to Plaintiff with this order for Plaintiff's convenience in signing, dating, and refiling his complaint.
4. Plaintiff's failure to timely comply with this Order will result in the undersigned recommending the district court dismiss this case for Plaintiff's failure to comply with a Court order and prosecute this action consistent with Local Rule 110 and Federal Rule of Civil Procedure 41(b).

Dated:   December 15, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2