UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS MILLER,<br><br>                    Plaintiff,<br><br>          v.<br><br>I. SALCEDO,<br><br>                    Defendant. | Case No.  1:25-cv-01307-KES-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Doc. 15 |

Plaintiff Chris Miller is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 9, 2026, the assigned magistrate judge screened plaintiff's complaint, found it failed to state any cognizable claim, and directed plaintiff to take one of the following options within thirty days: (1) file an amended complaint, (2) file a notice of his intent to stand on the complaint (with the understanding that the magistrate judge would recommend dismissal of the complaint for failure to state a claim), or (3) voluntarily dismiss this action pursuant to Federal Rule of Civil Procedure 41.  Doc. 13.  The screening order was served on plaintiff and notified him that the failure to comply with the screening order would result in a recommendation for dismissal of this case.  *Id.* at 8.  Plaintiff did not respond to the screening order or otherwise communicate with the Court.

On March 11, 2026, the magistrate judge issued findings and recommendations, recommending that the action be dismissed for failure to prosecute and failure to obey a court order.  Doc. 15.  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service.  *Id.* at 5.  Plaintiff has not filed objections, and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review. Having carefully reviewed the entire matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis.  Plaintiff failed to comply with, or otherwise respond to, the Court's order and appears to have abandoned his case.  The Court ORDERS:

1.  The findings and recommendations issued on March 11, 2026 (Doc. 15) are ADOPTED in full.

2.  This action is DISMISSED without prejudice for failure to obey a court order and failure to prosecute.

3.  The Clerk of Court is directed to close this case.

DATE: <u>June 1, 2026</u>

_____
UNITED STATES DISTRICT COURT

2